Judge RAKOFF

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Liaoning Cheng Da Joyland Co., Ltd., f/k/a, Liaoning Cheng Da Enterprises, Co. Ltd., Plaintiff,

-v-

Alston Taylor USA, Inc., ChineRed USA, and Alston Taylor USA Inc. d/b/a ChineRED USA, Defendant.

Case No. 08 CV 4604

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DeHeng Chen Chan, LLC      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 05/19/2008

Matthew C. Gruskin
**Signature of Attorney**

**Attorney Bar Code:** MG 8749

Form Rule7_1.pdf  SDNY Web 10/2007