```
Form 07 - CORPORATION
              MATTHEW C.GRUSKIN,ESQ.
          ATTN:
US DIST. COURT      SOUTHERN/NY   COUNTY
-----------------------------------------------------
```

|   |   |
|---|---|
| LIAONING CHENG DA JOYLAND CO.LTD.    plaintiff<br>F/K/A CHENGDA ENTERPRISES CO.LTD.<br>        - against - <br><br>ALSTON TAYLOR USA,INC.,CHINA RED USA   defendant<br>AND ALSTON TAYLOR USA INC. D/B/A  CHINARED USA | Index No. **08-CV-4604**<br>Date Filed  . . . . . . . . . . . . <br>Office No.<br>Court Date:   / / |

    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21st** day of **May, 2008**  at **02:20 PM.**,         at
    **450 7TH AVE. SUITE 988**
    **NEW YORK, NY 10123**

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
    **ELECTRONIC FILING INSTRUCTIONS**

upon **ALSTON TAYLOR USA,INC.,CHINA RED USA AND ALSTON TAYLOR USA INC. D/B/A ** a domestic corporation, the  DEFENDANT**  therein named by delivering to ** CHINARED USA and leaving personally with
        **"JOHN SMITH" MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **FEMALE**      COLOR: **TAN**       HAIR: **BROWN**
        APP. AGE: **24**     APP. HT: **5:5**     APP. WT: **135**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
23rd   day of  May,       2008ni                 ................................
                                                 RUDOLPH WRIGHT   1022795
KENNETH WISSNER                                  AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public, State of New York                 225 BROADWAY, SUITE 1802
    No.01WI4714130                               NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                     Reference No: 3MCG129015
Commission Expires 03/30/2010

```
Form 07 - CORPORATION
            MATTHEW C.GRUSKIN,ESQ.
        ATTN:
US DIST. COURT      SOUTHERN/NY   COUNTY
-----------------------------------------------
                                                  Index No. 08-CV-4604
LIAONING CHENG DA JOYLAND CO.LTD.     plaintiff
F/K/A CHENGDA ENTERPRISES CO.LTD.                 Date Filed  ............
            - against -
                                                  Office No.
ALSTON TAYLOR USA,INC.,CHINA RED USA    defendant
AND ALSTON TAYLOR USA INC. D/B/A  CHINARED USA    Court Date:   / /
-----------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21st** day of **May, 2008** at **02:20 PM.,** at
    450 7TH AVE. SUITE 988
    NEW YORK, NY 10123

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
    **ELECTRONIC FILING INSTRUCTIONS**

upon **ALSTON TAYLOR USA,INC.,CHINA RED USA AND ALSTON TAYLOR USA INC. D/B/A ** **CHINARED USA**
**a domestic corporation, the DEFENDANT** therein named by delivering to
and leaving personally with
        **"JOHN SMITH" MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **FEMALE**       COLOR: **TAN**        HAIR: **BROWN**
        APP. AGE: **24**      APP. HT: **5:5**      APP. WT: **135**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
23rd day of May,    2008
KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MCG129015