Form 19 - SECRETARY OF STATE - 306

**MATTHEW C. GRUSKIN, ESQ.**
**ATTN:**

UNITED STATES SOUTHERN DIST. COURT      NEW YORK COUNTY        STATE OF NEW Y
-----------------------------------------------------------------------------

LIAONING CHENG DA JOYLAND CO., LTD.,    plaintiff      Index No. **08-CV-4604**
F/K/A, LIAONING CHENGDA ENTERPRISES, CO. LTD
                                                       Date Filed  ...........
            - against -
                                                       Office No.
ALSTON TAYLOR USA, INC., ETAL           defendant
                                                       Court Date:    /  /
-----------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
  **STEVE AVERY**                         being duly sworn, deposes and says that
he is over the age of 18 years, resides in the State of New York and is
not a party to this action.    That on the
  **6th   of June,  2008 at   08:15 AM**
at the Office of the Secretary of State of the State of New York in the
City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
   **ELECTRONIC FILING INSTRUCTIONS**
UPON: **ALSTON TAYLOR USA INC., D/B/A CHINARED USA**
the DEFENDANT in this action, by delivering to and leaving with
   **CAROL VOGT, AGENT**

in the office of the Secretary of State of New York, two true copies
thereof and at the same time of making such service, deponent paid said
Secretary of State, a fee of **$40**. That said service was made pursuant to
Section 306 of the BCL.

  Deponent further describes the person actually served as follows:

       SEX: **FEMALE**            COLOR: **WHITE**          HAIR: **BLACCK**
       APP. AGE: **45**           APP. HT: **5:4**          APP. WT: **140**
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
11th  DAY OF   June, 2008sr                 ..................
SAMSON NEWMAN                               STEVE AVERY
Notary Public, State of New York            AETNA  CENTRAL  JUDICIAL   SERVICES
    No.01NE-4783767                         225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                NEW YORK, NY, 10007
Commission Expires 11/03/2009               Reference No: 3MCG131910