AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-CV-4604

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALSTON TAYLOR USA, INC., CHINA RED USA, AND ALSTON TAYLOR USA INC. D/B/A CHINARED USA,

Defendants.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2008 | /s/ Anna Guiliano |
| Date | Signature |
| | Anna Guiliano    AG0395 |
| | Print Name    Bar Number |
| | 150 Broadway, Suite 1588 |
| | Address |
| | New York    New York    10038 |
| | City    State    Zip Code |
| | (212) 566-8080    (212) 566-8960 |
| | Phone Number    Fax Number |