UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LIAONING CHENG DA JOYLAND CO.,
LTD., f/k/a LIAONING CHENGDA
ENTERPRISES, CO. LTD.,                                    Case No. 08-CV-4604

                    Plaintiff,

        -against-                                        **Rule 7.1 Statement**

ALSTON TAYLOR USA, INC., CHINA RED
USA, AND ALSTON TAYLOR USA INC.
D/B/A CHINARED USA,

                    Defendants.
_____X


        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9]

and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for ALSTON TAYLOR USA, INC.,

CHINA RED USA, AND ALSTON TAYLOR USA INC. D/B/A CHINARED USA,

Defendants, (a private non-governmental party) certifies that none of the corporate parents,

affiliates and/or subsidiaries of said Defendants are publicly held.


Date:  6/27/2008                          /s/ Anna Guiliano  (AG0395)
                                          Wong Wong & Associates, P.C.
                                          150 Broadway, Suite 1588
                                          New York, New York 10038
                                          T:  212-566-8080
                                          F:  212-566-8960
                                          *Attorney for Defendants*