# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

CASE NUMBER 08-CIV-4604

To the Clerk of this court and all parties of record:

**Please enter my appearance and substitute me in as counsel in this case for**:

ALSTON TAYLOR USA, INC., CHINA RED USA, AND ALSTON TAYLOR USA INC. D/B/A CHINARED USA,

Defendants.

**And please substitute out as counsel for Defendants**:
Anna Guiliano, Bar Number AG 0395,
Wong Wong & Associates, P.C.
150 Broadway, Suite 1588
New York, New York 10038
T: (212) 566-8080  F: (212) 566-8960

Date: 7/9/2008                          /s/ Terence Ricaforte

Terence Ricaforte    Bar Number: TR1718
150 Broadway, Suite 1588
New York, New York 10038
T: (212) 566-8080  F: (212) 566-8960