UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LIAONING CHENG DA JOYLAND CO.
LTD.

    Plaintiff(s),

  v.

ALSTON TAYLOR USA, INC., CHINARED
USA, AND ALSTON TAYLOR USA INC.
D/B/A CHINARED USA,

    Defendant(s),
_____X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-08

Index No. 08-cv-4604 (jsr)
ECF CASE

**STIPULATION & ORDER**

  **IT IS HEREBY STIPULATED THAT** both parties have until September 8, 2008, to reply to each other's Interrogatories and Request for Production of Documents.

Dated: August 14, 2008
New York, New York

_____
Matthew C. Gruskin, Esq.
DeHeng Chen Chan, LLC
225 Broadway, Suite 1910
New York, NY 10007
*Attorney for the Plaintiff(s)*

_____
Terence Ricaforte, Esq. (TR1718)
Wong, Wong & Associates, PC
150 Broadway, Suite 1588
New York, NY 10038
*Attorney for Defendant(s)*

  **SO ORDERED THAT** both parties have until September 8, 2008 to answer each other's Interrogatories and Request for Production of Documents.

Dated: August 14, 2008
New York, New York

_____
Hon. JED S. RAKOFF
U.S.D.J.